## Tyson's Estate (No. 2).

Argued Dec. 7, 1910. Appeal, No. 104, Oct. T., 1910, by Sarah A. Heckler, from decree of O. C. Montgomery Co., Sept. T., 1908, No. 37, dismissing exceptions to adjudication in estate of Sarah K. Tyson, deceased. Before RICE, P. J., HENDERSON, MORRISON, ORLADY, HEAD, BEAVER and PORTER, JJ. Affirmed.

OPINION BY HENDERSON, J., July 13, 1911:

This case involves the same questions considered in the appeal of Anna Wolfe, 47 Pa. Superior Ct. 108 in which case an opinion has been this day handed down. Both of the appellants were children of Amanda Heckler and claim under the will of Sarah K. Tyson. For the reasons given in the appeal of Amanda Wolfe the decree of the orphans' court is affirmed at the cost of the appellant.